# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Roberts, Jr, John G. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Justice of the United States | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>One First Street, NE<br>Washington, DC 20543 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 05/24/17 | University of Melbourne stipend | $10,000.00 |
| 2. 04/06/18 | Victoria University of Wellington (stipend was received in 2018; see Part VIII). | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Melbourne Australia | 07/17-20/17 | Melbourne, Australia | Taught course on The U.S. Supreme Court - Historical Perspective | Transportation, meals, and lodging |
| 2. | Victoria University of Wellington | 07/24-27/17 | Wellington, New Zealand | Taught course on The U.S. Supreme Court - Historical Perspective | Transportation, meals, and lodging |
| 3. | The Mississippi Bar | 09/26-28/17 | Jackson, Mississippi | Judged moot court; met with justices, judges, and students; swore in attorneys | Transportation, meals, and lodging |
| 4. | Harvard Law School | 10/26/17 | Cambridge, Massachusetts | Attended Harvard Law School's Bicentennial | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2018 |

| | | | | |
|---|---|---|---|---|
| 5. | Harvard Law School | 11/14-15/17 | Cambridge, Massachusetts | Judged moot court; met with students | Transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mississippi Federal Judges | Inscribed football helmet | $579.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Inc. New TWX | D | Dividend | N | T | | | | | |
| 2. Hillenbrand (Common) HI | A | Dividend | | | Sold | 11/30/17 | J | D | |
| 3. Hill-Rom Holdings, Inc. | A | Dividend | | | Sold | 11/30/17 | K | E | |
| 4. Nokia (Common) NOK | A | Dividend | | | Sold | 11/30/17 | J | B | |
| 5. Lam Research LRCX | A | Dividend | L | T | | | | | |
| 6. Texas Instruments (Common) TXN | D | Dividend | N | T | | | | | |
| 7. TMO (Common) | A | Dividend | M | T | | | | | |
| 8. Sirius XM Radio (Common) | B | Dividend | M | T | | | | | |
| 9. Amer. Century Gro. Inv. Class I TWCGX conversion TWGIX see Part VIII | A | Dividend | L | T | | | | | |
| 10. MetLife GVUL: Putnam Multi-Cap Growth Fund | | None | K | T | | | | | |
| 11. Vanguard Int'l Gr Fund Admiral Shares VWILX | A | Dividend | M | T | | | | | |
| 12. Vanguard Sm-Cap Index Fund Admiral VSMAX | B | Dividend | M | T | Sold (part) | 01/26/17 | J | C | |
| 13. C. Schwab Muni M. Fund SWXXX | A | Dividend | L | T | | | | | |
| 14. Wells Fargo bank accounts | A | Interest | L | T | | | | | |
| 15. Capital One, Inc. bank accounts | C | Interest | P1 | T | | | | | |
| 16. 1/8 int. cottage, Knocklong, County Limerick, Ireland | A | Rent | K | W | | | | | |
| 17. Utah Educ. Svgs Plan Equity - 10% Int'l (see Part VIII) | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Utah Educ. Svgs Plan Age-Based Moderate, 13-15 (see Part VIII) | C | Dividend | M | T | | | | | |
| 19. Allegis Group Ret. Plan (H) | | | | | | | | | |
| 20. -- Vanguard Target Retirement 2020 Trust II | | None | L | T | | | | | |
| 21. Eaton Vance Ser II Income Fund Boston CL 1 EIBIX | C | Dividend | L | T | Sold (part) | 01/26/17 | J | | |
| 22. Eaton Vance Global Macr Absolute Return I EIGMX | D | Dividend | M | T | Sold (part) | 01/26/17 | J | | |
| 23. First Eagle Global SGIIX | D | Dividend | N | T | Buy (add'l) | 01/13/17 | J | | |
| 24. | | | | | Sold (part) | 01/26/17 | J | B | |
| 25. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 26. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 27. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 28. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 29. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 30. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 31. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 32. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 33. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 34. | | | | | Buy (add'l) | 11/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 36. Gabelli Small Cap Growth 1 GACIX | D | Dividend | M | T | Buy (add'l) | 01/13/17 | J | | |
| 37. | | | | | Sold (part) | 01/26/17 | K | D | |
| 38. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 39. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 40. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 41. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 42. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 43. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 44. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 45. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 46. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 47. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 48. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 49. T. Rowe Price Real Estate TRREX | B | Dividend | L | T | | | | | |
| 50. T. Rowe Price Blue Chip Growth TRBCX | D | Dividend | N | T | Buy (add'l) | 01/13/17 | J | | |
| 51. | | | | | Sold (part) | 01/26/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 53. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 54. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 55. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 56. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 57. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 58. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 59. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 60. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 61. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 62. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 63. Wells Fargo Treas. Plus Mon Mkt Fund PISXX | A | Dividend | | | Sold (part) | 01/13/17 | J | | |
| 64. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 65. | | | | | Sold | 01/26/17 | K | | |
| 66. Wells Fargo Absolute Return Fund WABIX | D | Dividend | N | T | Buy (add'l) | 01/17/17 | J | | |
| 67. | | | | | Buy (add'l) | 01/27/17 | K | | |
| 68. | | | | | Buy (add'l) | 02/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 70. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 71. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 72. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 73. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 74. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 75. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 76. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 77. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 78. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 79. AQR FDS Mgd. Futures Strategy AQMIX | | None | L | T | Buy (add'l) | 01/26/17 | J | | |
| 80. Dodge & Cox FDS International Stock DODFX | D | Dividend | N | T | Sold (part) | 01/26/17 | J | | |
| 81. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 82. BlackRock Emerging Mkt L/S Eq Instl BLSIX | | None | | | Buy (add'l) | 01/26/17 | J | | |
| 83. | | | | | Sold | 08/03/17 | K | | |
| 84. TIME, Inc. | A | Dividend | J | T | | | | | |
| 85. Jane Brain, LLC (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Empowered Learning Institute of DC, LLC | | None | K | W | | | | | |
| 87. Principal MidCap Institutional PCBIX | D | Dividend | N | T | Buy (add'l) | 01/13/17 | J | | |
| 88. | | | | | Sold (part) | 01/26/17 | K | A | |
| 89. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 90. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 91. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 92. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 93. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 94. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 95. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 96. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 97. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 98. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 99. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 100. Prudential Jennison PNRZX | | None | | | Sold | 01/26/17 | L | | |
| 101. ASG GLBL ALTRNTVE CL Y (see Part VIII) | A | Dividend | L | T | Buy (add'l) | 01/26/17 | J | | |
| 102. Dodge & Cox Stock DODGX | D | Dividend | N | T | Buy (add'l) | 01/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 01/26/17 | K | B | |
| 104. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 105. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 106. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 107. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 108. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 109. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 110. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 111. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 112. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 113. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 114. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 115. Oppenheimer Developing Markets ODVYX | B | Dividend | N | T | Buy (add'l) | 01/13/17 | J | | |
| 116. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 117. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 118. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 119. | | | | | Buy (add'l) | 04/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 121. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 122. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 123. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 124. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 125. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 126. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 127. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 128. Charter Communications CHTR | | None | M | T | | | | | |
| 129. Utah Educ. Svgs Plan FDIC (see Part VIII) | B | Dividend | M | T | | | | | |
| 130. Thornburg Ltd-Term Muni Inst LTMIX | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 131. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 132. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 133. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 134. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 135. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 136. | | | | | Buy (add'l) | 07/14/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 138. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 139. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 140. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 141. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 142. Tweedy Brown Global Value Fund TBGVX | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 143. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 144. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 145. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 146. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 147. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 148. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 149. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 150. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 151. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 152. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 153. | | | | | Buy (add'l) | 12/15/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  T Rowe Price Short-Term Bond | B | Dividend | M | T | Buy (add'l) | 01/26/17 | K | | |
| 155.  Vanguard Div. Growth Fd Investor Shares VDIGX | E | Dividend | O | T | | | | | |
| 156.  Gateway Fund GTEYX | A | Dividend | L | T | Buy (add'l) | 01/13/17 | J | | |
| 157. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 158. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 159. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 160. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 161. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 162. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 163. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 164. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 165. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 166. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 167. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 168.  Vanguard Total Stk Mkt Index Fd Adm Shs VTSAX | A | Dividend | K | T | Buy (add'l) | 01/13/17 | J | | |
| 169. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 170. | | | | | Buy (add'l) | 03/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Roberts, Jr, John G. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 172. | | | | | Buy (add'l) | 05/15/17 | J | | |
| 173. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 174. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 175. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 176. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 177. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 178. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 179. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 180. Goldman Finl Sq Treas MM | A | Dividend | L | T | Buy | 01/26/17 | K | | |
| 181. | | | | | Buy (add'l) | 01/27/17 | K | | |
| 182. | | | | | Sold (part) | 02/09/17 | J | | |
| 183. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 184. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 185. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 186. | | | | | Sold (part) | 04/13/17 | J | | |
| 187. | | | | | Buy (add'l) | 05/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 189. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 190. | | | | | Sold (part) | 07/14/17 | J | | |
| 191. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 192. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 193. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 194. | | | | | Sold (part) | 10/13/17 | J | | |
| 195. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 196. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 197. Wells Fargo Custod. Roth IRA / Inv. Co. Amer. Class C AICCX | A | Dividend | J | T | Buy (add'l) | 04/05/17 | J | | |
| 198. MetLife GVUL: Deutsche Govt. Money Mkt VIP | | None | K | T | | | | | |
| 199. MetLife GVUL Put.Gro. Opps. | | None | K | T | | | | | |
| 200. Bost.Ptnrs. L/S Rsrch. Fund BPIRX | | None | K | T | Buy | 08/03/17 | K | | |
| 201. Van Eck Global GHAYX | | None | L | T | Buy | 01/26/17 | L | | |
| 202. | | | | | Buy (add'l) | 08/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, line 2. Stipend was received in 2018 although related teaching was performed in July 2017.

Part VII, line 9. American Century Growth Investor Class I TWCGX -- share class conversion to TWGIX.

Part VII, lines 17, 18, and 129. Utah Educational Savings Plan became my529 on February 5, 2018.

Part VII, line 101. Formerly Natixis SA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John G. Roberts, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544